## J. L. PIPES V. THE STATE.

No. 22129. Delivered May 20, 1942.
Rehearing Denied June 24, 1942.

The opinion states the case.

*Eugene F. Mathis,* of Lubbock, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for selling whisky in Lubbock County, a dry area, punishment assessed being a fine of $350.00.

The only bill of exception brings forward complaint because the court declined to instruct a verdict of not guilty. We are at some loss to get appellant's viewpoint that the evidence is insufficient. It was admitted that Lubbock County was a dry area, and an inspector for the Liquor Control Board testified that he bought a pint of whisky from appellant and paid him three dollars for it. No other witness testified.

The judgment is affirmed.

## ON MOTION FOR REHEARING.

KRUEGER, Judge.

Counsel for appellant has filed a motion for rehearing in which he makes the same contentions as he made in the case of J. B. Fowler v. State, No. 22,130, this day decided. (Page 382 of this volume.) For the reasons stated in the opinion overruling the motion for rehearing in that case, the appellant's motion for rehearing in the present instance is overruled.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.